**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ******************************* | : | |
| **ERIKA MAROTTO** | : | **CIVIL ACTION NO. 3:26-CV-00959** |
| | : | |
| **V.** | : | |
| | : | |
| **WALMART INC.** | : | **JUNE 16, 2026** |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The defendant, Walmart Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, remove this action from the Superior Court, Judicial District of New London, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1.      The plaintiff, Erika Marotto ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Erika Marotto v. Walmart Inc.*, Docket No. KNL-CV26-6083745-S and returnable to the Superior Court, Judicial District of New London. A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2.      This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by the Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. Defendant was served on or about June 10, 2026.

3.      The Complaint alleges negligence against the Defendant and seeks unspecified damages. The Plaintiff, however, alleges that she "…fell rapidly and violently on the floor causing a sprain and severe aggravation type injury to her cervical spine for which she had previously undergone a C5-7 anterior discectomy and fusion; she severely injured and damages a pre-existing

total right knee arthroplasty for which she had fully recovered necessitating a surgical revision of said previously undertaken total knee arthroplasty; she suffered a sprain or strain to her lumbar spine; she suffered and continues to suffer great pain, discomfort and limitation of motion in her cervical spine, lumbar spine and right knee; and she suffered a severe shock to her entire nervous system. Some of the foregoing injuries are or will be permanent in nature." See Exhibit A, at ¶ 6. The Plaintiff also alleges that she "…has expended several thousand dollars in doctor's expenses, surgical fees, hospital fees, physical therapy, x-rays and mediations and will likely have to incur several thousand dollars in similar expenses in the future including additional surgery on her cervical spine." Id. at ¶ 7. The Plaintiff further alleges that she "will be forever impaired in her ability to carry on life's activities." Id. at ¶ 8. Based upon the allegations in the Complaint the damages claimed in this case exceed $75,000.

4.      According to the Complaint, the Plaintiff, resides in Colchester, Connecticut and, accordingly, is a citizen of the State of Connecticut.

5.      The Defendant is a Delaware corporation with its principal place of business in Bentonville, Arkansas. The Defendant is therefore a citizen of Delaware and Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant.

6.      The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

7.      This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 16th day June 2026

THE DEFENDANT

By /s/ George C. Springer, Jr.
    George C. Springer, Jr. [ct03263]
    Katie A. Roy [ct29988]
    Rogin Nassau LLC
    185 Asylum Street, 22nd Floor
    Hartford, CT 06103-3460
    T: (860) 256-6300
    F: (860) 278-2179
    gspringer@roginlaw.com
    kroy@roginlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 16th day of June, 2026 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

John D. Maxwell, Esq.
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
jmaxwell@bpslawyers.com

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| **1 Courthouse Square, Norwich, CT 06360** | **( 860 ) 887 − 3515** | **07/21/2026** |

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: ____ | **Norwich** | Major: **T** | Minor: **11** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| **Brown Paindiris & Scott, LLP, 2252 Main Street, Glastonbury, CT 06033** | **413634** |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| **( 860 ) 659 − 0700** | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)   ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book
**jmaxwell@bpslawyers.com**

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: **MAROTTO, Erika**<br>Address: **283 Westchester Road, Colchester, CT 06415** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **WALMART INC.**<br>Address: **A/F/S: CT CORPORATION SYSTEM, 357 East Center St., Ste. 2 J, Manchester, CT 06040-4471** | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| **06/09/2026** | | ☐ _____ Clerk | **John D. Maxwell, Esquire** |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE: JULY 21, 2026          :          SUPERIOR COURT

ERIKA MAROTTO               :          J.D. OF NEW LONDON

V.                                    :          AT NORWICH

WALMART INC.                 :          JUNE 9, 2026

## COMPLAINT

1.    At all times herein mentioned, the plaintiff, Erika Marotto, was a resident of Colchester, Connecticut.

2.    At all times herein mentioned, the defendant, Walmart Inc., was a corporation organized and existing under the laws of the State of Arizona operating a large sized discount department retail and grocery stores throughout Connecticut including a location at 220 Salem Turnpike in Norwich, Connecticut.

3.    On or about March 7, 2025 at approximately 11:00 a.m., the plaintiff traveled to the defendant's discount department retail and grocery store located at 220 Salem Turnpike in Norwich, Connecticut to undertake her weekly grocery food shopping.

4.    On said date and at said time and place while proceeding on grocery isle G18 near its intersection with grocery isle G24, the plaintiff stepped on some type of liquid substance on the floor causing her right foot to suddenly slip out from underneath her resulting in a violent fall to the floor causing the severe injuries and losses as hereinafter set forth.

5.    The plaintiff's fall as aforesaid and her resulting injuries and losses were caused by the negligence and carelessness of the defendant, its agents, servants and/or employees in one or more of the following respects:

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
2252 MAIN STREET – GLASTONBURY, CT 06033 – (860) 659-0700 – JURIS NO. 413634

a.  In that they permitted a dangerous condition to exist on the grocery isle floor;

b.  In that they failed to warn members of the public including the plaintiff of the dangerous and hazardous condition on the grocery isle 18 floor;

c.  In that they failed to inspect and take steps to clean up and remedy the presence of the hazardous liquid causing and creating and dangerous and hazardous condition on the grocery isle 18 floor; and

d.  In that they permitted a dangerous and hazardous condition to exist on the grocery isle 18 floor in that there was a liquid substance on the same causing a great risk of a slip and fall such as that suffered by the plaintiff.

6.  As a direct and proximate result of the negligence and carelessness of the defendant, its agents, servants and/or employees as aforesaid, the plaintiff fell rapidly and violently to the floor causing a sprain and severe aggravation type injury to her cervical spine for which she had previously undergone a C5-7 anterior discectomy and fusion; she severely injured and damaged a pre-existing total right knee arthroplasty for which she had fully recovered necessitating a surgical revision of said previously undertaken total knee arthroplasty; she suffered a sprain or strain to her lumbar spine; she suffered and continues to suffer great pain, discomfort and limitation of motion in her cervical spine, lumbar spine and right knee; and she suffered a severe shock to her entire nervous system. Some of the foregoing injuries are or will be permanent in nature.

7.  As a further result of the negligence and carelessness of the defendant, its agents, servants and/or employees as aforesaid, the plaintiff has expended several thousand dollars in doctor's expenses, surgical fees, hospital fees, physical therapy, x-rays and medications and will likely have to incur several thousand dollars in similar expenses in the future including additional surgery on her cervical spine.

**BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW**
2252 MAIN STREET – GLASTONBURY, CT 06033 – (860) 659-0700 – JURIS NO. 413634

8.    As a further result of the negligence and carelessness of the defendant, its agents, servants and/or employees as aforesaid, the plaintiff will be forever impaired in her ability to carry on life's activities.

THE PLAINTIFF
Erika Marotto

By _____
John D. Maxwell, Esquire
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
Tel. No. (860) 659-0700
Fax No. (860) 652-4382
Firm Juris No. 413634

RETURN DATE: JULY 21, 2026      :      SUPERIOR COURT

ERIKA MAROTTO      :      J.D. OF NEW LONDON

V.      :      AT NORWICH

WALMART INC.      :      JUNE 9, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of interest and costs.

THE PLAINTIFF
Erika Marotto


By _____
John D. Maxwell, Esquire
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
Tel. No. (860) 659-0700
Fax No. (860) 652-4382
Firm Juris No. 413634